**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE LUIS IBARRA AGUIRRE,

Defendant.

Case No. 24cr2010-AGS

I N F O R M A T I O N
***SUPERSEDING***

Title 18, U.S.C., Sec. 545 – Unlawful Importation of Merchandise (Felony)

The United States Attorney charges:

On or about August 27, 2024, within the Southern District of California, defendant JOSE LUIS IBARRA AGUIRRE, did knowingly import or bring into the United States from Mexico, certain merchandise contrary to law, or receive, conceal, buy, sell, or facilitate the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law; in violation of Title 18, United States Code, Section 545.

DATED: 2-3-2025.

TARA K. McGRATH
United States Attorney

Matthew J. Sutton
RYAN A. SAUSEDO
Assistant U.S. Attorney