ADAM GORDON
Interim United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois Bar No.: 6307129
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE LUIS IBARRA AGUIRRE,<br><br>Defendant, | Case No.: 24-cr-02010-AGS<br><br>Date: May 12, 2025<br>Time: 9:00 a.m.<br><br>The Honorable Andrew G. Schopler.<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART** |

The United States of America, by and through its counsel, Adam Gordon, Interim United States Attorney and Matthew J. Sutton, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: May 1, 2025

Respectfully submitted,

ADAM GORDON
Interim United States Attorney

/s/Matthew J. Sutton
Assistant United States Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: May 12, 2025 at 9:00 a.m.

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Jose Luis Ibarra Aguirre______________ Docket No.: 24-cr-02010-AGS______

Attorney's Name: Matthew J. Sutton____________________ Phone No.: (619) 546-8941_________

Guideline Manual Used: November 1, 2024_______________ Agree with USPO Calc.: Yes ☐ No☒

| | |
|---|---|
| Base Offense Level(s): Count 1 – Unlawful Importation of Merchandise | 38 |
| 42.9 Kilograms of Methamphetamine (actual) [USSG § 2D1.1(c)(1)] | |
| Adjusted Base Offense Level Due to Minor Role [USSG § 2D1.1(a)(5)(B)(iii)] | 34 |
| Specific Offense Characteristics: | |
| Safety Valve [USSG § 2D1.1(b)(18) & 5C1.2] | -2 |
| Adjustment for Role in the Offense | -2 |
| Adjustment for Obstruction of Justice | ______ |
| Adjusted Offense Level: | 30 |

☐ Combined (Mult. Counts) ☐ Career Off. ☐Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Adjustment for Zero Point Offender [USSG §4C1.1(a) and (b)] | -2 |
| Total Offense Level: | 25 |

Supervised Release Range (based on Total Offense Level): 1 year to 3 years

Fine Range (based on Total Offense Level): $ 35,000 to $ 250,000

| | |
|---|---|
| Criminal History Score: | 0 |
| Criminal History Category: | I |

_____ Career Offender ____ Armed Career Criminal

Guideline Range: from 57 mths
(Range limited by: ______minimum mand. _____statutory maximum to 71 mths

Departures:

Combination of Circumstances [USSG § 5K2.0]________________________________ -4

Resulting Guideline Range: Adjusted Offense Level: 21 from 37 mths
to 46 mths

GOVERNMENT RECOMMENDATION:
**Counts 1 – Unlawful Importation of Merchandise**
37 months in custody
3 years of supervised release
$100 special assessment
No fine