Dacely D. Garcia
**Law Offices of Dacely D. Garcia, APLC**
State Bar Number: 217131
424 F Street, Suite 205
San Diego, CA 92101
Telephone: (619) 702-2013
Facsimile: (619) 702-5415

Attorney for Defendant
JOSE LUIS IBARRA AGUIRRE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE ANDREW G. SCHOPLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS IBARRA AGUIRRE,<br><br>Defendant. | Case No.: 24CR2010-AGS<br><br>**DEFENDANT'S SENTENCING SUMMARY CHART**<br><br>Date: May 12, 2025<br>Time: 9:00 a.m. |

The Defendant, JOSE LUIS IBARRA AGUIRRE, by and through his counsel, Dacely D. Garcia, hereby files his Sentencing Summary Chart, which is based upon the files and records of this case.

Dated: May 5, 2025

Respectfully submitted,

s/ *Dacely Garcia*, Esq.

Attorney for Defendant
JOSE LUIS IBARRA AGUIRRE

**Sentencing Date: May 12, 2025**

USPO ____
AUSA ____
DEF _X__

Defendant's Name: JOSE LUIS IBARRA AGUIRRE ______ Docket No.: 24CR2010-AGS

Attorney's Name: Dacely D. Garcia Phone No.: (619) 702-2013

Guideline Manual Used: November 1, 2024 Agree with USPO Calc.: No

Base Offense Level(s): Unlawful Importation of Merchandise, 49.93 kilograms of Methamphetamine (actual) USSG § 2D1.1(c)(1) [and USSG §§2D1.1(a)(5), 3B1.2] 34

Specific Offense Characteristics: Safety Valve, USSG §2D1.1(a)(5) -2

Victim Related Adjustment: __

Adjustment for Minor Role in the Offense, [USSG § 3B1.2(b)]: -2

Adjustment for Obstruction of Justice: __

Adjustment for Reckless Endangerment During Flight: __

Adjusted Offense Level: 30

[ ] Combined (Multi. Counts) [ ] Career Off. [ ] Armed Career Crim

Adjustment for Acceptance of Responsibility [Government Motion – USSG § 3E1.1(b)] -3

Adjustment for Zero Point Offender -2

Total Offense Level: 25

Criminal History Score: 0

Criminal History Category: I

_____ Career Offender _____ Armed Career Offender

Guideline Range: from_57_mths

(Range limited by: ____ minimum mand.____ statutory maximum) to _71_mths

Departures/Variances:

USSG § 5K2.0, Combination of Circumstances, per plea agreement -4

USSG § 5K2.20, Aberrant Behavior (-2) and *Mendoza* (-2) Departures -4

Resulting Guideline Range: Adjusted Offense Level: 17 from__24_mths

SR Range: 1-3 Years Fine Range: $35,000 to 250,000 to _ 30_mths

**RECOMMEN DATION: Variance sentence of 12 months and a day.**